**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONIL FUMERO FERNANDAZ,<br><br>Petitioner,<br><br>v.<br><br>D. MARIN, WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, ET AL.,<br><br>Respondents. | Case No. 5:26-cv-01789-VBF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Respondents declined to present an opposition argument and therefore consented to the relief sought by Petitioner.  (Dkt. 12 at 2 ("The Respondents are not presenting an opposition argument at this time.")); see C.D. Cal. L.R. 7-12.  Therefore, the Magistrate Judge determined that it was appropriate to waive the objections period entirely and directed that the parties could file objections directly before this Court.  As of signing this Order, the Court has not received any objections. Regardless, the Court has conducted a *de novo* review of the Report and Recommendation and agrees with the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED that the Petition is GRANTED.**

**Respondents shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner.**

**Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).**

**Respondents shall not attempt to remove Petitioner to any country other than Cuba without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).**

Respondents shall reimburse Petitioner $5.00 in costs as the prevailing party within thirty (30) days of the entry of Judgment.

Respondents shall file a notice of compliance within twenty-four hours of entry of Judgment.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: April 27, 2026

_____

The Honorable Valerie Baker Fairbank
Senior United States District Judge

2