JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LIONIL FUMERO FERNANDAZ,

    Petitioner,

    v.

D. MARIN, WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, ET AL.,

    Respondents.

Case No. 5:26-cv-01789-VBF-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Respondents shall not attempt to remove Petitioner to any country other than Cuba without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings

under 8 U.S.C. § 1231(b)(3).  Respondents shall reimburse Petitioner $5.00 in costs as the prevailing party within thirty (30) days.  Respondents shall file a notice of compliance within twenty-four hours.

Date:  April 27, 2026

_____

The Honorable Valerie Baker Fairbank
Senior United States District Judge

2